# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:03-cv-08811-BSJ-KNF

Johnson & Johnson v. Trustees of Columbia
Assigned to: Judge Barbara S. Jones
Referred to: Magistrate Judge Kevin Nathaniel Fox
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 35:145 Patent Infringement

Date Filed: 11/06/03
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**
-------------------------

**Johnson & Johnson**    represented by **Jeffrey I.D. Lewis**
Patterson, Belknap, Webb & Tyler, L.L.P.
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: jidlewis@pbwt.com
*LEAD ATTORNEY*

**Steven A. Zalesin**
Patterson, Belknap, Webb & Tyler, L.L.P.
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
*LEAD ATTORNEY*

V.

**Defendant**
-------------------------

**Trustees of Columbia University City of NY.**    represented by **Thomas J Kavaler**
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3406
Fax : 2122695420
Email: tkavaler@cahill.com
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/06/2003 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 490756. (gf) (Entered: 11/07/2003) |
| 11/06/2003 | 2 | RULE 7.1 CERTIFICATE filed by Johnson & Johnson . (gf) (Entered: 11/07/2003) |
| 11/06/2003 | | Magistrate Judge Kevin N. Fox is so designated. (gf) (Entered: 11/07/2003) |
| 11/07/2003 | | Mailed notice to Commissioner of Patents and Trademarks to report the filing of this action. (gf) (Entered: 11/07/2003) |
| 11/07/2003 | 3 | AFFIDAVIT OF SERVICE of Summons, Complaint, Statement Pursuant to FRCP 7.1 as to Trustees of Columbia by Stanfield Newton, General Counsel's Office, c/o Columbia University Office of the General Counsel on 11/6/03. Answer due on 11/26/03 for Trustees of Columbia. (sac) (Entered: 11/13/2003) |
| 11/26/2003 | 4 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Trustees of Columbia University City of NY. (moc, ) (Entered: 12/04/2003) |
| 11/26/2003 | 5 | MOTION (FILED ON SERVICE DATE) for an order pursuant to 28 U.S.C. 1407, to Transfer Case to the Northen District of California. Memorandum of law in support attached. Document filed by Trustees of Columbia University City of NY.. (moc, ) (Entered: 12/04/2003) |
| 12/01/2003 | 6 | STIPULATION AND ORDER that the time for dfts to move, answer or otherwise plead in response to the complaint is extended to 1/26/04. (Signed by Judge Barbara S. Jones on 11/29/03) (Lewis, Diahann) (Entered: 12/08/2003) |
| 12/01/2003 | | Set Answer Due Date purs. to [6] Stipulation and Order as to Trustees of Columbia University City of NY. answer due on 1/26/2004. (Lewis, Diahann) (Entered: 12/08/2003) |
| 12/17/2003 | 7 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for general pretrial purposes. Referred to Magistrate Judge Kevin Nathaniel Fox. (Signed by Judge Barbara S. Jones on 12/9/03) (db, ) (Entered: 01/06/2004) |
| 01/29/2004 | 8 | STIPULATION AND ORDER, the MDL Panel has not yet ruled on the pending motion to transfer this proceeding pursuant to 28 U.S.C 1407 the time for defendants to move, answer or otherwise plead in response to the Complaint is extended to Monday, 2/23/04. This is the |

| | | |
|---|---|---|
| | | parties' second stipulated extension of time. (Signed by Judge Kevin Nathaniel Fox on 1/23/04) (dfe, ) (Entered: 02/04/2004) |
| 01/29/2004 | | Set Answer Due Date purs. to [8] Stipulation and Order, as to Trustees of Columbia University City of NY. answer due on 2/23/2004. (dfe, ) (Entered: 02/04/2004) |
| 02/25/2004 | 9 | STIPULATION AND ORDER. The time for defendants to move, answer or otherwise plead in response to the Complaint is extended to Friday, 3/26/04. (Signed by Judge Barbara S. Jones on 2/24/04) Copy faxed by Chambers.(yv, ) (Entered: 02/25/2004) |
| 02/25/2004 | | Set Answer Due Date purs. to [9] Stipulation and Order as to Trustees of Columbia University City of NY. answer due on 3/26/2004. (yv, ) (Entered: 02/25/2004) |
| 03/26/2004 | 10 | ANSWER to Complaint with JURY DEMAND. Document filed by Trustees of Columbia University City of NY. (jge, ) (Entered: 03/29/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/12/2004 16:13:30 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Case Number: | 1:03-cv-08811-BSJ-KNF |
| Billable Pages: | 2 | Cost: | 0.14 |