UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON & JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK<br><br>Defendant. | Civil Action No. 04-10743-MLW<br>(Relating to MDL No. 1592) |

**CERTIFICATION PURSUANT TO PARAGRAPH 4
OF THE COURT'S ORDER DATED MAY 27, 2004**

Johnson & Johnson ("J&J") and its counsel is the above captioned actions hereby certify that counsel and an authorized representative of J&J have conferred in order to:

(a) establish a budget for the costs of the full course, or alternative courses, of the above captioned litigation; and

(b) consider resolution of the litigation through alternative dispute resolution programs, including those outlined in Local Rule 16.4 of the Local Rules for the United States District Court for the District of Massachusetts.

Dated: June 15, 2004            Respectfully submitted,


                                By:  /s/ Steven A. Zalesin

                                Steven A. Zalesin
                                PATTERSON, BELKNAP, WEBB & TYLER LLP
                                1133 Avenue of the Americas
                                New York, NY 10036-6710
                                (212) 336-2000
                                (212) 336-2222
                                Attorneys for Johnson & Johnson

By: /s/ Harman Avery Grossman

Harman Avery Grossman, Esq.
Assistant General Counsel for Johnson & Johnson